UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LARRY ANDERSON, JR.** | : | **CIVIL ACTION NO. 2:18-cv-275** |
| **VERSUS** | : | |
| **ROY O. MARTIN** | : | **MAGISTRATE JUDGE KAY**<br>**(By Consent)** |

## **JUDGMENT**

In accordance with the corresponding Memorandum Ruling and for the reasons set forth therein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby **GRANTED** in favor of defendant MARTCO, L.L.C. in the full and true sum of **THIRTY-ONE THOUSAND FIVE HUNDRED NINETEEN AND 60/100 ($31,519.60) DOLLARS** representing attorney fees and costs incurred by Martco, L.L.C., in its defense of this matter, plus legal interest thereon from date of judgment until paid and for all costs of these proceedings.

THUS DONE this 25th day of February, 2020.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE